PD-0832-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/13/2015 11:54:30 AM
Accepted 10/13/2015 12:18:49 PM
ABEL ACOSTA
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 13, 2015

FILED IN
COURT OF CRIMINAL APPEALS

October 13, 2015

ABEL ACOSTA, CLERK

Honorable Abel Acosta
Clerk of the Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

    RE:   The State of Texas v. James Alan Jenkins
           Court of Criminal Appeals No. PD-0832-15

Dear Mr. Acosta:

Enclosed please find an original Unopposed Motion for Extension of Time to File State's Brief in the above referenced matter. I would ask that you please file this brief in your usual manner.

By copy of this letter, I am forwarding a copy of same to the Attorney for Appellee.

                    Yours truly,

                    /s/ Jon R. Meador
                    JON R. MEADOR
                    Assistant Attorney General
                    Office of the Attorney General

Enclosure
cc:   George Sechrist, Attorney for Appellee
      Lisa McMinn, State Prosecuting Attorney

CASE NO. PD-0832-15

| THE STATE OF TEXAS, | § | IN THE COURT |
| APPELLANT | § | |
| | § | OF CRIMINAL APPEALS |
| | § | |
| JAMES ALAN JENKINS, | § | OF TEXAS |
| APPELLEE | § | |

## STATE'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

COMES NOW, the State of Texas, by and through its Assistant District Attorney, Jon R. Meador, and tenders, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), this motion for an extension of time to file the State's brief. In support of this motion, the State would show:

1. The court below is the Fourteenth District Court of Appeals, which in cause number 14-13-00662-CR, reversed the judgment of the 359th Judicial District Court of Montgomery County Texas in cause no. 12-03-02579-CR, there styled the *State of Texas v. James Alan Jenkins*;

2. This Court granted the State's petition for discretionary review on September 16, 2015;

3. The State's brief is due on October 16, 2015;

4. The State is asking for a three-week extension making the new deadline November 6, 2015;

5. This is the first request for an extension;

6. Appellee's Counsel, George McCall Secrest, Jr. does not oppose this motion for an extension of time;

7. The State is requesting this extension so that it might adequately address the complex issues involved in this case, and it is not requested for the purpose of an improper delay;

8. The State alleges good cause exists for this request to the undersigned's schedule. At the time this Court granted the State's Petition for Discretionary Review (PDR), Counsel was in the middle of drafting responses in other cases in federal court and has since the granting of the PDR filed five answers or responsive pleadings in federal court. Additionally, this case involves issues of first impression and are complex. Since the court of appeals reversed the trial court's judgment, the State's position has changed making the drafting of an initial brief more time-intensive. Consequently, the undersigned attorney is asking for an additional twenty-one days to file his brief.

WHEREFORE, premises considered, the State respectfully requests that this Court grant the State's first motion for extension of time for two weeks, until **November 6, 2015**.

Respectfully submitted,

/s/ Jon R. Meador
Jon R. Meador
Assistant Attorney General
Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701
(512) 395-4425
State Bar No. 24039051

## CERTIFICATE OF SERVICE

A true copy of the State's First Motion to Extend Time has been mailed to Counsel for Appellant, George McCall Secrest, Jr., Bennett & Secrest, LLP, 808 Travis, 24th Floor, Houston, Texas 77002-4177, and the State Prosecuting Attorney, Lisa McMinn, P.O. Box 13046, Capitol Station, Austin, Texas 78711-3046.

/s/ Jon R. Meador
JON R. MEADOR
Assistant Attorney General